

SIGNATURE BANK

565 Fifth Avenue, New York, NY 10017  Phone: 646-822-1828

June 12, 2012

Hon. Laura Taylor Swain
U.S. District Court Judge
U.S. Courthouse
500 Pearl Street
New York, NY 10007

    Re:    William Landberg sentencing
                10cr 538 (LTS)

Dear Judge Swain:

I am writing as the primary representative of Signature Bank, which is the former chair of the Official Committee of Unsecured Creditors ("the Committee") on the West End Financial Advisors et. al. ("WEFA") bankruptcy. I sat on the Committee for Signature Bank and chaired its meetings. As you know, William Landberg was the Investment Manager for the series of West End funds that borrowed monies from various banks and invested equity capital provided by individual investors. Landberg has pleaded guilty to securities fraud. His actions in poorly, wrongly and fraudulently managing WEFA caused its demise and resulted in millions of dollars of losses for its unsecured creditors and investors. The Committee on which I served represented those two classes of claimants in the bankruptcy case.

I am writing to lodge a complaint regarding the repeated delays in sentencing Mr. Landberg to the punishment he so justly and rightly deserves. The original sentencing date was March 16, 2012. It has been postponed no less than three times since then for various reasons. Sentencing was recently adjourned to July 31, 2012. The last adjournment was highly upsetting to the victims of Landberg's crimes who have suffered greatly at Mr. Landberg's hands. We find it outrageous that this man continues to enjoy his freedom. His sentencing and incarceration should occur as soon as possible to deny him the liberties he so grossly abused.

Your Honor, my only request for the victims of this crime is that the Court move the sentencing date back to on or before June 29, 2012. If that is not possible, then we implore you not to grant any further requests for adjournment.

                                                  Very truly yours,

                                                  Salvatore Trifiletti